**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: RICHARDSON, JOSEPH JR. J. § Case No. 12-18061
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/01/2012. The undersigned trustee was appointed on 05/01/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $    23,386.86

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 434.48 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 22,952.38 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 10/17/2012 and the deadline for filing governmental claims was 10/28/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,088.69. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,088.69, for a total compensation of $3,088.69[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/06/2015    By: /s/ Michael Desmond
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:** 12-18061  
**Case Name:** RICHARDSON, JOSEPH JR. J.  
**For Period Ending:** 08/06/2015

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 05/01/2012 (f)  
**§ 341(a) Meeting Date:** 07/13/2012  
**Claims Bar Date:** 10/17/2012

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Miscellaneous depreciated household goods and fu | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Necessary wearing apparel and shoes | 200.00 | 0.00 | | 0.00 | FA |
| 3 | 1990 Buick Park Avenue w/approx 170K miles in fa | 1,740.00 | 0.00 | | 0.00 | FA |
| 4 | Surplus after foreclosure sale of Debtor's prima | 41,581.86 | 20,877.58 | | 23,386.86 | FA |
| | Assets Totals (Excluding unknown values) | **$44,021.86** | **$20,877.58** | | **$23,386.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee preparing TFR.

**Initial Projected Date Of Final Report (TFR):** 12/31/2013

**Current Projected Date Of Final Report (TFR):** 12/31/2015

08/06/2015  
Date

/s/Michael Desmond  
Michael Desmond

UST Form 101-7-TFR (5/1/2011)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 12-18061 | | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|---|
| Case Name: | RICHARDSON, JOSEPH JR. J. | | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0124 | | Account #: | **********9066 - Checking Checking Account |
| For Period Ending: | 08/06/2015 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/02/2012 | {4} | Law Office of Daniel Moulton | Turnover of Surplus Funds from Foreclosure Sale net of Exemption | 1129-000 | 23,386.86 | | 23,386.86 |
| 08/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.72 | 23,342.14 |
| 09/28/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.64 | 23,297.50 |
| 10/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.51 | 23,244.99 |
| 11/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.63 | 23,197.36 |
| 12/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.95 | 23,151.41 |
| 01/03/2013 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********2388 20130103 | 9999-000 | | 23,151.41 | 0.00 |
| | | **COLUMN TOTALS** | | | **23,386.86** | **23,386.86** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 23,151.41 | |
| | | **Subtotal** | | | 23,386.86 | 235.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$23,386.86** | **$235.45** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 12-18061 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | RICHARDSON, JOSEPH JR. J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0124 | Account #: | ******3766 - Checking Checking Account |
| For Period Ending: | 08/06/2015 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/04/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 23,151.41 | | 23,151.41 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.51 | 23,115.90 |
| 02/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.02 | 23,084.88 |
| 03/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.09 | 23,052.79 |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.36 | 23,017.43 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.20 | 22,983.23 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.85 | 22,952.38 |
| | | **COLUMN TOTALS** | | | **23,151.41** | **199.03** | **$22,952.38** |
| | | Less: Bank Transfers/CDs | | | 23,151.41 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **199.03** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$199.03** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-18061 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | RICHARDSON, JOSEPH JR. J. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0124 | **Account #:** | ******3766 - Checking Checking Account |
| **For Period Ending:** | 08/06/2015 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********9066 - Checking Checking | $23,386.86 | $235.45 | $0.00 |
| ******3766 - Checking Checking Account | $0.00 | $199.03 | $22,952.38 |
| | **$23,386.86** | **$434.48** | **$22,952.38** |

08/06/2015
**Date**

/s/Michael Desmond
**Michael Desmond**

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

## Analysis of Claims Register

**Case: 12-18061**                                   **JOSEPH JR. J. RICHARDSON**

Claims Bar Date: 10/17/12

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Michael K. Desmond<br>10 South La Salle St. 3600<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>05/01/12 | | $3,088.69<br>$3,088.69 | $0.00 | $3,088.69 |
| | Figliulo & Silverman, P.C.<br>10 South LaSalle Street<br>Suite 3600<br>Chicago, IL 60603<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>05/01/12 | | $4,075.00<br>$4,075.00 | $0.00 | $4,075.00 |
| 1 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/05/12 | | $9,975.92<br>$9,975.92 | $0.00 | $9,975.92 |
| 2 | RBS Citizens<br>443 Jefferson Blvd<br>RJW 135<br>Warwick, RI 02886<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/20/12 | | $11,717.29<br>$11,717.29 | $0.00 | $11,717.29 |
| 3 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/23/12 | | $17,940.16<br>$17,940.16 | $0.00 | $17,940.16 |
| 4 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/23/12 | | $3,876.07<br>$3,876.07 | $0.00 | $3,876.07 |

**Exhibit C**

## Analysis of Claims Register

**Case: 12-18061**  JOSEPH JR. J. RICHARDSON

Claims Bar Date: 10/17/12

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/02/12 |  | $21,878.21<br>$21,878.21 | $0.00 | $21,878.21 |
| 6 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/17/12 |  | $1,673.07<br>$1,673.07 | $0.00 | $1,673.07 |
| 7 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/17/12 |  | $1,192.56<br>$1,192.56 | $0.00 | $1,192.56 |
| 8 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/18/12 |  | $6,187.28<br>$6,187.28 | $0.00 | $6,187.28 |
|  |  |  |  | **Case Total:** | **$0.00** | **$81,604.25** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-18061
Case Name: JOSEPH JR. J. RICHARDSON
Trustee Name: Michael Desmond

**Balance on hand:**   $              22,952.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:   $    22,952.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 3,088.69 | 0.00 | 3,088.69 |
| Attorney for Trustee Fees - Figliulo & Silverman, P.C. | 4,075.00 | 0.00 | 4,075.00 |

Total to be paid for chapter 7 administrative expenses:   $     7,163.69
Remaining balance:   $    15,788.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    15,788.69

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 15,788.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $74,440.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 9,975.92 | 0.00 | 2,115.88 |
| 2 | RBS Citizens | 11,717.29 | 0.00 | 2,485.21 |
| 3 | Discover Bank | 17,940.16 | 0.00 | 3,805.07 |
| 4 | Discover Bank | 3,876.07 | 0.00 | 822.11 |
| 5 | American InfoSource LP as agent for | 21,878.21 | 0.00 | 4,640.32 |
| 6 | American Express Centurion Bank | 1,673.07 | 0.00 | 354.85 |
| 7 | Illinois Department of Revenue Bankruptcy Section | 1,192.56 | 0.00 | 252.94 |
| 8 | Capital One Bank (USA), N.A. | 6,187.28 | 0.00 | 1,312.31 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 15,788.69 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**