**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: RICHARDSON, JOSEPH JR. J.       §       Case No. 12-18061
                                       §
                                       §
                                       §
            Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Michael Desmond, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/01/2015 in Courtroom 644, Dirksen Federal Courthouse Courthouse, 219 S. Dearborn Street, Courtroom 644, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

9/8/2015: 09/08/2015                          Michael K. Desmond: /s/ /s/ Michael K. Desmond
                                                        Chapter 7 Trustee

Michael Desmond
10 South LaSalle
Chicago, IL 60603

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: RICHARDSON, JOSEPH JR. J.    §    Case No. 12-18061
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 23,386.86 |
| *and approved disbursements of:* | $ | 434.48 |
| *leaving a balance on hand of[1]:* | $ | 22,952.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 22,952.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Michael K. Desmond | 3,088.69 | 0.00 | 3,088.69 |
| Attorney for Trustee Fees - Figliulo & Silverman, P.C. | 4,075.00 | 0.00 | 4,075.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ | 7,163.69 |
| Remaining balance: | $ | 15,788.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| |
|---|
| None |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

   Total to be paid for prior chapter administrative expenses: $  0.00
   Remaining balance: $  15,788.69

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.
  Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

   Total to be paid for priority claims: $  0.00
   Remaining balance: $  15,788.69

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $74,440.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.2 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 9,975.92 | 0.00 | 2,115.88 |
| 2 | RBS Citizens | 11,717.29 | 0.00 | 2,485.21 |
| 3 | Discover Bank | 17,940.16 | 0.00 | 3,805.07 |
| 4 | Discover Bank | 3,876.07 | 0.00 | 822.11 |
| 5 | American InfoSource LP as agent for | 21,878.21 | 0.00 | 4,640.32 |
| 6 | American Express Centurion Bank | 1,673.07 | 0.00 | 354.85 |
| 7 | Illinois Department of Revenue Bankruptcy Section | 1,192.56 | 0.00 | 252.94 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Capital One Bank (USA), N.A. | 6,187.28 | 0.00 | 1,312.31 |

Total to be paid for timely general unsecured claims: $ 15,788.69
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

                                              Michael K. Desmond: /s/ /s/ Michael K. Desmond
                                                        Chapter 7 Trustee

Michael Desmond
10 South LaSalle
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                   Case No. 12-18061-PSH
Joseph J. Richardson, Jr.                                                Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 2                  Date Rcvd: Sep 09, 2015
                              Form ID: pdf006              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2015.
db            Joseph J. Richardson, Jr.,    241 Sawyer Avenue,    La Grange, IL   60525-2541
18859090      American Express,    Box 26312,    Lehigh Valley, PA   18002-6312
18859089     +American Express,    Box 981537,    El Paso, TX 79998-1537
19325998      American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18859091     +At & T,   Box 3002,    Phoenixville, PA 19460-3002
18859096    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Box 982238,    El Paso, TX   79998-2238)
18859094     +Baker & Miller, P.C.,    Suite500,    29 North Wacker Drive,    Chicago, IL 60606-3221
18859098      Bank Of America,    Box 17309,    Baltimore, MD   21297-1309
18859099      Blatt, Hasenmiller, Leibsker & Moore LLC,     Suite 400,    125 South Wacker Drive,
               Chicago, IL   60606-4440
18859100      Bureau Of Collection Records,     Room 301,    7575 Corporate Way,    Eden Prairie, MN   55344-2022
18859101    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,     Po Box 85520,   Richmond, VA   23285)
18859103     +Capital One,    Box 30281,    Salt Lake City, UT 84130-0281
19330746      Capital One Bank (USA), N.A.,     PO Box 71083,   Charlotte, NC   28272-1083
18859104      Capital One Bank (USA), N.A.,     Box 6492,   Carol Stream, IL   60197-6492
18859105     +Capstone Financial, LLC,    C/O The Albert Law Firm, P. C.,
               205 West Randolph Street, Suite 920,     Chicago, IL 60606-1814
18859106     +Chase Bank,    Oh1-1188,    340 South Cleveland Avenue Bldg 370,    Westerville, OH 43081-8917
18859107      Chase Card Services,    Box 6594409,    San Antonio, TX   78365-9409
18859108      CitiMortgage,    Box 183040,    Columbus, OH   43218-3040
18859109      CityView Condominium Association,     480 North McClurg Court,    Chicago, IL   60611-4326
18859110     +Collection Company Of America,     700 Longwater Drive,    Norwell, MA 02061-1796
18859112      Community Specialists,    CityView Condominium Association,     Box 2158,
               Bedford Park, IL   60499-2158
18859113     +Constar Financial Services, LLC,     3561 West Bell Road,    Phoenix, AZ 85053-2965
18859119     +Fia Csna,    Box 15311,    Wilmington, DE 19884-0001
18859120     +Firstsource Advantage, LLC,     205 Bryant Woods South,    Amherst, NY 14228-3609
18859129     +Northland Group, Inc.,    Box 390846,    Minneapolis, MN 55439-0846
18859131      Northstar Location Services, LLC,     Box 49,   Bowmansville, NY   14026-0049
18859130      Northstar Location Services, LLC,     4285 Genesee Street,    Cheektowaga, NY   14225-1943
19175377     +RBS Citizens,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
18859132     +RBS Citizens, NA,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
18859086      Richardson Joseph J Jr,    10414 South Walden Parkway,     Unit 1E,   Chicago, IL   60643-2639
18859133      The Albert Law Firm, P.C.,    Suite 550,    29 North Wacker Drive,    Chicago, IL   60606-2851
18859134      Wamu,   Box 99604,    Arlington, TX   76096-9604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18859088      E-mail/Text: g17768@att.com Sep 10 2015 02:07:36     A T & T,   Box 8100,
               Aurora, IL   60507-8100
19272899      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2015 02:12:40
               American InfoSource LP as agent for,   Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK   73126-8941
18859092      E-mail/Text: g20956@att.com Sep 10 2015 02:10:11     At & T Mobility,   Box 6416,
               Carol Stream, IL   60197-6416
18859093      E-mail/Text: g20956@att.com Sep 10 2015 02:10:11     At & T Mobility,   Box 6463,
               Carol Stream, IL   60197-6463
18859102     +E-mail/Text: cms-bk@cms-collect.com Sep 10 2015 02:08:09     Capital Management Services, LP,
               Suite 700,   726 Exchange Street,    Buffalo, NY 14210-1464
18859111      E-mail/Text: legalcollections@comed.com Sep 10 2015 02:10:16     ComEd,    Bill Payment Center,
               Chicago, IL   60668-0001
18859114     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Sep 10 2015 02:09:15     Cook County Collector,
               Room 112,   118 North Clark Street,    Chicago, IL 60602-1332
18859117      E-mail/PDF: mrdiscen@discover.com Sep 10 2015 02:05:43     Discover Fincl Svc LLC,    Box 15316,
               Wilmington, DE   19850-5316
18859115      E-mail/PDF: mrdiscen@discover.com Sep 10 2015 02:05:43     Discover,   Box 6103,
               Carol Stream, IL   60197-6103
19179334      E-mail/PDF: mrdiscen@discover.com Sep 10 2015 02:05:43     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,    New Albany, OH   43054-3025
18859116      E-mail/PDF: mrdiscen@discover.com Sep 10 2015 02:05:43     Discover Card,   Box 30942,
               Salt Lake City, UT  84130
18859118     +E-mail/Text: bknotice@erccollections.com Sep 10 2015 02:08:58     Enhanced Recovery Corp,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
18859122     +E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2015 02:07:31     GMAC,   Box 380901,
               Bloomington, MN 55438-0901
18859123     +E-mail/Text: bankruptcy@icsystem.com Sep 10 2015 02:09:59     IC System, Inc,
               444 Highway 96 East,   St. Paul, MN 55127-2557
18859124      E-mail/Text: rev.bankruptcy@illinois.gov Sep 10 2015 02:08:38
               Illinois Department Of Revenue,   Level 7 410 BK,    100 West Randolph Street,
               Chicago, IL   60601
19327498      E-mail/Text: rev.bankruptcy@illinois.gov Sep 10 2015 02:08:38
               Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                   Date Rcvd: Sep 09, 2015
                               Form ID: pdf006              Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
18859125      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 10 2015 02:08:33     Midland Credit Management,
               Suite 200,   8875 Aero Drive,   San Diego, CA 92123-2255
18859127      +E-mail/Text: egssupportservices@egscorp.com Sep 10 2015 02:09:06    NCO Financial System Inc.,
               Suite 300,   600 Holiday Plaza Drive,   Matteson, IL 60443-2238
18859128      +E-mail/Text: bankruptcydepartment@tsico.com Sep 10 2015 02:10:46    NCO Financial Systems,
               PO Box 17080,   Wilmington, DE 19850-7080
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Figliulo & Silverman PC
19001114*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
               Wilmington, DE 19886-5102)
18859095     ##+Bank Of America,   Box 17054,   Wilmington, DE 19850-7054
18859097     ##+Bank Of America,   Box 15026,   Wilmington, DE 19850-5026
18859121     ##+Freedman Anselmo Lindberg LLC,   Suite 333,   1807 West Diehl Road,   Naperville, IL 60563-1890
18859087      ##Liou Law Firm,   900 West Washington Boulevard,   Chicago, IL  60607-2298
18859126     ##+Nationwide Recovery Systems,   2304 Tarpley Drive #134,   Carrollton, TX 75006-2470
                                                                                   TOTALS: 1, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2015                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2015 at the address(es) listed below:
```
              John F Hiltz, Client Transition Administrator    cta@hwzlaw.com
              Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
              Michael K Desmond    on behalf of Trustee Michael K Desmond mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William  Cross    on behalf of Trustee Michael K Desmond wcross@fslegal.com
                                                                                             TOTAL: 5
```