UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division DIVISION

In re: RICHARDSON, JOSEPH JR. J. § Case No. 12-18061
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,440.00 | Assets Exempt: | $17,440.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $15,788.69 | Claims Discharged Without Payment: | $229,074.72 |
| Total Expenses of Administration: | $7,598.17 | | |

    3) Total gross receipts of $23,386.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $23,386.86 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,762.01 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,598.17 | $7,598.17 | $7,598.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $892.54 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $170,422.85 | $74,440.56 | $74,440.56 | $15,788.69 |
| **TOTAL DISBURSEMENTS** | $180,077.40 | $82,038.73 | $82,038.73 | $23,386.86 |

4) This case was originally filed under chapter 7 on 05/01/2012. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/18/2016

By: /s/ Michael Desmond
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Surplus after foreclosure sale of Debtor's prima | 1129-000 | $23,386.86 |
| **TOTAL GROSS RECEIPTS** | | **$23,386.86** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Cook County Collector | 4110-000 | $597.27 | NA | NA | NA |
| N/F | Cook County Collector | 4110-000 | $1,210.95 | NA | NA | NA |
| N/F | CityView Condominium Association | 4110-000 | $3,030.92 | NA | NA | NA |
| N/F | Cook County Collector | 4110-000 | $2,460.46 | NA | NA | NA |
| N/F | Cook County Collector | 4110-000 | $1,462.41 | NA | NA | NA |
| N/F | Community Specialists CityView Condominium Association | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$8,762.01** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael K. Desmond | 2100-000 | NA | $3,088.69 | $3,088.69 | $3,088.69 |
| Figliulo & Silverman, P.C. | 3110-000 | NA | $4,075.00 | $4,075.00 | $4,075.00 |
| Rabobank, N.A. | 2600-000 | NA | $199.03 | $199.03 | $199.03 |
| The Bank of New York Mellon | 2600-000 | NA | $235.45 | $235.45 | $235.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$7,598.17** | **$7,598.17** | **$7,598.17** |


**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Illinois Department Of Revenue | 5800-000 | $892.54 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$892.54** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $9,975.92 | $9,975.92 | $2,115.88 |
| 2 | RBS Citizens | 7100-000 | $0.00 | $11,717.29 | $11,717.29 | $2,485.21 |
| 3 | Discover Bank | 7100-000 | $0.00 | $17,940.16 | $17,940.16 | $3,805.07 |
| 4 | Discover Bank | 7100-000 | $0.00 | $3,876.07 | $3,876.07 | $822.11 |
| 5 | American InfoSource LP as agent for | 7100-000 | $0.00 | $21,878.21 | $21,878.21 | $4,640.32 |
| 6 | American Express Centurion Bank | 7100-000 | $0.00 | $1,673.07 | $1,673.07 | $354.85 |
| 7 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | $0.00 | $1,192.56 | $1,192.56 | $252.94 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $6,187.28 | $6,187.28 | $1,312.31 |
| N/F | Chase Card Services | 7100-000 | $26,297.00 | NA | NA | $0.00 |
| N/F | NCO Financial Systems | 7100-000 | NA | NA | NA | $0.00 |
| N/F | American Express | 7100-000 | $1,673.00 | NA | NA | $0.00 |
| N/F | Cap One | 7100-000 | $3,585.00 | NA | NA | $0.00 |
| N/F | Enhanced Recovery Corp | 7100-000 | $146.00 | NA | NA | $0.00 |
| N/F | Bureau Of Collection Records | 7100-000 | $283.00 | NA | NA | $0.00 |
| N/F | CitiMortgage | 7100-000 | $2,602.00 | NA | NA | $0.00 |
| N/F | Fia Csna | 7100-000 | $31,357.00 | NA | NA | $0.00 |
| N/F | Capstone Financial, LLC C/O The Albert Law Firm, P. C. | 7100-000 | $1,691.00 | NA | NA | $0.00 |
| N/F | RBS Citizens, NA | 7100-000 | $10,188.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Wamu | 7100-000 | $1,381.61 | NA | NA | $0.00 |
| N/F | Collection Company Of America | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Northstar Location Services, LLC | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Baker & Miller, P.C. | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Bank Of America | 7100-000 | $8,019.00 | NA | NA | $0.00 |
| N/F | A T & T | 7100-000 | $145.78 | NA | NA | $0.00 |
| N/F | Bank Of America | 7100-000 | $4,396.00 | NA | NA | $0.00 |
| N/F | Discover Fincl Svc LLC | 7100-000 | $20,651.18 | NA | NA | $0.00 |
| N/F | Blatt, Hasenmiller, Leibsker & Moore LLC | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Blatt, Hasenmiller, Leibsker & Moore LLC | 7100-000 | NA | NA | NA | $0.00 |
| N/F | The Albert Law Firm, P.C. | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Northland Group, Inc. | 7100-000 | NA | NA | NA | $0.00 |
| N/F | NCO Financial System Inc. | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Capital One Bank (USA), N.A. | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Freedman Anselmo Lindberg LLC | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Bank Of America | 7100-000 | $9,975.00 | NA | NA | $0.00 |
| N/F | GMAC | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Midland Credit Management | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Discover | 7100-000 | $3,876.07 | NA | NA | $0.00 |
| N/F | Firstsource Advantage, LLC | 7100-000 | $85.00 | NA | NA | $0.00 |
| N/F | IC System, Inc | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Capital Management Services, LP | 7100-000 | NA | NA | NA | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | NCO Financial System Inc. | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Capital One | 7100-000 | $6,003.00 | NA | NA | $0.00 |
| N/F | Blatt, Hasenmiller, Leibsker & Moore LLC | 7100-000 | NA | NA | NA | $0.00 |
| N/F | ComEd Bill Payment Center | 7100-000 | $199.00 | NA | NA | $0.00 |
| N/F | Bank Of America | 7100-000 | $21,878.21 | NA | NA | $0.00 |
| N/F | Nationwide Recovery Systems | 7100-000 | $334.00 | NA | NA | $0.00 |
| N/F | American Express | 7100-000 | $1,673.00 | NA | NA | $0.00 |
| N/F | Constar Financial Services, LLC | 7100-000 | $10,107.00 | NA | NA | $0.00 |
| N/F | Northstar Location Services, LLC | 7100-000 | $3,877.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$170,422.85** | **$74,440.56** | **$74,440.56** | **$15,788.69** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Case 12-18061   Doc 39   Filed 06/21/16   Entered 06/21/16 15:38:15   Desc Main
         Document      Page 8 of 13

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 12-18061
**Case Name:** RICHARDSON, JOSEPH JR. J.
**For Period Ending:** 05/18/2016

**Trustee Name:** (330623) Michael Desmond
**Date Filed (f) or Converted (c):** 05/01/2012 (f)
**§ 341(a) Meeting Date:** 07/13/2012
**Claims Bar Date:** 10/17/2012

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Miscellaneous depreciated household goods and fu | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Necessary wearing apparel and shoes | 200.00 | 0.00 | | 0.00 | FA |
| 3 | 1990 Buick Park Avenue w/approx 170K miles in fa | 1,740.00 | 0.00 | | 0.00 | FA |
| 4 | Surplus after foreclosure sale of Debtor's prima | 41,581.86 | 20,877.58 | | 23,386.86 | FA |
| 4 | **Assets    Totals**    (Excluding unknown values) | **$44,021.86** | **$20,877.58** | | **$23,386.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

      Trustee preparing TFR.

**Initial Projected Date Of Final Report (TFR):**    12/31/2013        **Current Projected Date Of Final Report (TFR):**    09/04/2015 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-18061 | Trustee Name: | Michael Desmond (330623) |
| --- | --- | --- | --- |
| Case Name: | RICHARDSON, JOSEPH JR. J. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0124 | Account #: | **********9066 Checking Account |
| For Period Ending: | 05/18/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/02/2012 | {4} | Law Office of Daniel Moulton | Turnover of Surplus Funds from Foreclosure Sale net of Exemption | 1129-000 | 23,386.86 |  | 23,386.86 |
| 08/31/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 44.72 | 23,342.14 |
| 09/28/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 44.64 | 23,297.50 |
| 10/31/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 52.51 | 23,244.99 |
| 11/30/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 47.63 | 23,197.36 |
| 12/31/2012 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 45.95 | 23,151.41 |
| 01/03/2013 |  | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********2388 20130103 | 9999-000 |  | 23,151.41 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | **23,386.86** | **23,386.86** | **$0.00** |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 23,151.41 |  |
|  |  | Subtotal |  |  | 23,386.86 | 235.45 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$23,386.86** | **$235.45** |  |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 12-18061 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | RICHARDSON, JOSEPH JR. J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0124 | Account #: | ******3766 Checking Account |
| For Period Ending: | 05/18/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/04/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 23,151.41 | | 23,151.41 |
| 01/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.51 | 23,115.90 |
| 02/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.02 | 23,084.88 |
| 03/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.09 | 23,052.79 |
| 04/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.36 | 23,017.43 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.20 | 22,983.23 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.85 | 22,952.38 |
| 10/30/2015 | 10101 | FIA CARD SERVICES, N.A. | Final Distribution on Claim No. 1 Voided on 10/30/2015 | 7100-000 | | 2,115.88 | 20,836.50 |
| 10/30/2015 | 10101 | FIA CARD SERVICES, N.A. | Final Distribution on Claim No. 1 Voided: check issued on 10/30/2015 | 7100-000 | | -2,115.88 | 22,952.38 |
| 10/30/2015 | 10102 | RBS Citizens | Final Distribution on Claim No. 2 Voided on 10/30/2015 | 7100-000 | | 2,485.21 | 20,467.17 |
| 10/30/2015 | 10102 | RBS Citizens | Final Distribution on Claim No. 2 Voided: check issued on 10/30/2015 | 7100-000 | | -2,485.21 | 22,952.38 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 12-18061 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | RICHARDSON, JOSEPH JR. J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0124 | Account #: | ******3766 Checking Account |
| For Period Ending: | 05/18/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/2015 | 10103 | Discover Bank | Final Distribution on Claim No. 3 Voided on 10/30/2015 | 7100-000 | | 3,805.07 | 19,147.31 |
| 10/30/2015 | 10103 | Discover Bank | Final Distribution on Claim No. 3 Voided: check issued on 10/30/2015 | 7100-000 | | -3,805.07 | 22,952.38 |
| 10/30/2015 | 10104 | Michael K. Desmond | Dividend paid 100.00% on $3,088.69 | Claim # FEE | Filed: $3,088.69 | 2100-000 | | 3,088.69 | 19,863.69 |
| 10/30/2015 | 10105 | Figliulo & Silverman, P.C. | Dividend paid 100.00% on $4,075.00 | Filed: $4,075.00 | 3110-000 | | 4,075.00 | 15,788.69 |
| 10/30/2015 | 10106 | FIA CARD SERVICES, N.A. | Dividend paid 21.21% on $9,975.92 | Claim # 1 | Filed: $9,975.92 | 7100-000 | | 2,115.88 | 13,672.81 |
| 10/30/2015 | 10107 | RBS Citizens | Dividend paid 21.21% on $11,717.29 | Claim # 2 | Filed: $11,717.29 | 7100-000 | | 2,485.21 | 11,187.60 |
| 10/30/2015 | 10108 | Discover Bank | Dividend paid 21.21% on $17,940.16 | Claim # 3 | Filed: $17,940.16 | 7100-000 | | 3,805.07 | 7,382.53 |
| 10/30/2015 | 10109 | Discover Bank | Dividend paid 21.21% on $3,876.07 | Claim # 4 | Filed: $3,876.07 | 7100-000 | | 822.11 | 6,560.42 |
| 10/30/2015 | 10110 | American InfoSource LP as agent for | Dividend paid 21.21% on $21,878.21 | Claim # 5 | Filed: $21,878.21 | 7100-000 | | 4,640.32 | 1,920.10 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-18061 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | RICHARDSON, JOSEPH JR. J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0124 | Account #: | ******3766 Checking Account |
| For Period Ending: | 05/18/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/2015 | 10111 | American Express Centurion Bank | Dividend paid 21.21% on $1,673.07 \| Claim # 6 \| Filed: $1,673.07 | 7100-000 | | 354.85 | 1,565.25 |
| 10/30/2015 | 10112 | Illinois Department of Revenue Bankruptcy Section | Dividend paid 21.21% on $1,192.56 \| Claim # 7 \| Filed: $1,192.56 | 7100-000 | | 252.94 | 1,312.31 |
| 10/30/2015 | 10113 | Capital One Bank (USA), N.A. | Dividend paid 21.21% on $6,187.28 \| Claim # 8 \| Filed: $6,187.28 Stopped on 02/10/2016 | 7100-000 | | 1,312.31 | 0.00 |
| 02/10/2016 | 10113 | Capital One Bank (USA), N.A. | Dividend paid 21.21% on $6,187.28 \| Claim # 8 \| Filed: $6,187.28 Stopped: check issued on 10/30/2015 | 7100-000 | | -1,312.31 | 1,312.31 |
| 02/26/2016 | 10114 | Capital One Bank (USA), N.A. | Dividend paid 21.21% on $6,187.28 \| Claim # 8 \| Filed: $6,187.28 | 7100-000 | | 1,312.31 | 0.00 |
| | | **COLUMN TOTALS** | | | 23,151.41 | 23,151.41 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 23,151.41 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 23,151.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $23,151.41 | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

Document Page 13 of 13

Exhibit 9<br>Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-18061 | | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | RICHARDSON, JOSEPH JR. J. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0124 | | **Account #:** | ******3766 Checking Account |
| **For Period Ending:** | 05/18/2016 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********9066 Checking Account | $23,386.86 | $235.45 | $0.00 |
| ******3766 Checking Account | $0.00 | $23,151.41 | $0.00 |
| | **$23,386.86** | **$23,386.86** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)